IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 SEP 25 PM 12:52

STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| SURRINDER SINGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 18-CV-134-S |
| CRST EXPEDITED, INC.; ANDREW P. WALKER; PINE HILLS TRUCKING, INC; AND PAMELA KRAUSE, | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE

THIS MATTER, having come before the Court upon the stipulation of the parties seeking a dismissal with prejudice, and it appearing to the Court that the parties have reached a settlement and that this matter should be dismissed, it is

HEREBY ORDERED that this matter is dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated this 25th day of Sept., 2019.

SCOTT W. SKAVDAHL
UNITED STATES DISTRICT JUDGE